*IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT*

PATRICK HABLE, Plaintiff-Appellant,

*v.*

BENN GODENZI, Defendant-Appellee.

Case No. 24-646

*On Appeal from the U.S. Dist. Ct. for the District of Nevada
No. 22-CV-02012-GMN-BNW, The Hon. Gloria M. Navarro*

## MOTION TO APPEAR REMOTELY

*/s/ Emily Gerrick*
Emily Gerrick
GERSTEIN HARROW LLP
1001 G ST. NW, SUITE 400E
WASHINGTON, DC 20001
Telephone: 202-540-8105
emily@gerstein-harrow.com

*Attorney for Amicus*

September 28, 2024

## MOTION TO APPEAR REMOTELY

Pursuant to this Court's Order on September 22, 2024, Emily Gerrick, Counsel for Appellant Patrick Hable, hereby files this motion to appear remotely for the oral argument scheduled in this case for December 2, 2024 at 9:00am. Appearing in person would present a hardship for Counsel due to family obligations. Therefore, Counsel Emily Gerrick requests that this Court allow her to appear remotely via video.

Dated: September 28, 2024

                                            Respectfully submitted,

                                            */s/ Emily Gerrick*
                                            Emily Gerrick
                                            GERSTEIN HARROW LLP
                                            1001 G ST. NW, STE. 400E
                                            WASHINGTON, DC 20001
                                            Telephone:  202-540-8105
                                            emily@gerstein-harrow.com